■ GEORGE FERRARI, as Administrator of the Estate of JOHN FERRARI, Deceased, Appellant, v JONATHAN E. SMALL et al., Respondents.—Order of the Supreme Court, Richmond County (Amann, J.), dated September 11, 1984, affirmed, without costs or disbursements (see, Lanza v Wells, 99 AD2d 506). Thompson, J. P., Niehoff, Lawrence and Kunzeman, JJ., concur.